Argued January 20, affirmed March 5, petition for rehearing denied April 7, 1970. Petition for review denied by Supreme Court May 27, 1970

CITY OF PORTLAND, *Respondent, v.*
LLOYD A. FRY ROOFING COM-
PANY, *Appellant.*

No. C-49435
No. C-49436
No. C-49437
No. C-49651

465 P2d 494

*Herbert H. Anderson,* Portland, filed the briefs for appellant. With him on the briefs were McColloch, Dezendorf & Spears and Anthony J. Barker, Portland.

*Emory J. Crofoot,* Senior Deputy City Attorney, Portland, argued the cause for respondent. With him on the brief was Marian C. Rushing, City Attorney, Portland.

Before SCHWAB, Chief Judge, and FORT and BRANCHFIELD, Judges.

PER CURIAM.

Defendant was convicted in municipal court of four different violations of the air quality control code of the city of Portland. The cases were consolidated for trial on appeal to the circuit court and defendant was again convicted. We affirm the judgments of the circuit court on the same bases that we affirmed in *City of Portland v. Trumbull Asphalt Company,* 2 Or App 1, 463 P2d 606 (1970).